170 A.3d 940

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KENNETH CICOLELLA, DEFENDANT–PETITIONER.

September 22, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004830–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 940

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

September 22, 2017

## ORDER

It is ORDERED that the motion of the American Civil Liberties Union of New Jersey for leave to file a brief and argue as amicus curiae is granted. The parties may serve and file briefs in response on or before October 23, 2017. Oral argument is limited to five minutes.